No. 83–6451.   OMERNICK v. RICHARDS ET AL.   C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until June 4, 1984, within which to

pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.